1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11 SERVICE EMPLOYEES INTERNATIONAL
   UNION NATIONAL INDUSTRY PENSION
12 FUND, ANDREW STERN, Trustee, MIKE           Case No.:   C 07-06264 MEJ
   GARCIA, Trustee, ROD BASHIR, Trustee,
13 CHARLES RIDGELL, Trustee, SHARLEEN
   STEWART, Trustee, JAMES BERG, Trustee,      DECLINATION TO PROCEED
14 EDWARD J. MANKO, Trustee, JOHN J.           BEFORE A MAGISTRATE JUDGE
   SHERIDAN, Trustee, LARRY SMITH,             AND
15 Trustee, FRANK A. MAXSON, Trustee,          REQUEST FOR REASSIGNMENT TO
                                               A UNITED STATES DISTRICT JUDGE
16      Plaintiffs,

17 vs.

18 LOS ANGELES COUNTY FAIR
   ASSOCIATION, a California corporation,
19
        Defendant.
20

21     The undersigned party in the above-captioned civil matter hereby declines to consent to the

22 assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

23 requests the reassignment of this case to a United States District Judge.

24 Dated: December 17, 2007                    Respectfully submitted,
25

26                                             /s/ Philip M. Miller
27                                             PHILIP M. MILLER
                                               SALTZMAN & JOHNSON LAW CORPORATION
28                                             Attorneys for Plaintiffs
                                                                                       -1-
   DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
                                                Case No.: C 07-06264 MEJ

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\DECLINATION REQUEST.DOC

PROOF OF SERVICE

I, the undersigned, declare:

    I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

    On December 17, 2007, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

XX    **MAIL**, being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

    Los Angeles County Fair Association
    Attention: Michael D. Seder
    Agent for Service of Process
    1101 West McKinley Avenue
    Pomona, CA  91768

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 17th day of December, 2007 at San Francisco, California.

_____
Julie Jellen

-2-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
Case No.: C 07-06264 MEJ

P:\CLIENTS\SEIU\CASES\L A COUNTY FAIR\PLEADINGS\DECLINATION REQUEST.DOC