# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNAT'L , et al. )
)
)                                  CASE  NO. C-07-6264 MEJ
                        Plaintiff (s) )
                                      )       **NOTICE OF IMPENDING**
            v.                        )       **REASSIGNMENT TO A**
                                      )       **UNITED STATES**
L.A. COUNTY FAIR ASSOCIATION,         )       **DISTRICT COURT JUDGE**
                                      )
                        Defendant (s) )
_____  )

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2) One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated:   December 18, 2007

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk