1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   (SAN FRANCISCO DIVISION)

11 SERVICE EMPLOYEES INTERNATIONAL
   UNION NATIONAL INDUSTRY PENSION
12 FUND, ANDREW STERN, Trustee, MIKE              CASE NO. C 07-06264 MHP
   GARCIA, Trustee, ROD BASHIR, Trustee,
13 CHARLES RIDGELL, Trustee, SHARLEEN
   STEWART, Trustee, JAMES BERG, Trustee,          PROOF OF SERVICE
14 EDWARD J. MANKO, Trustee, JOHN J.               OF CLERK'S NOTICE
   SHERIDAN, Trustee, LARRY SMITH,
15 Trustee, FRANK A. MAXSON, Trustee,

16        Plaintiffs,

17 vs.

18 LOS ANGELES COUNTY FAIR
   ASSOCIATION, a California corporation,
19
          Defendant.
20

21        I, the undersigned, declare:

22        I am employed in the County of San Francisco, State of California. I am over the age of

23 eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San

24 Francisco, California 94105.

25        On January 9, 2008, I served the following documents on the parties to this action,

26 addressed as follows, in the manner described below:

27 / / /

28 / / /

PROOF OF SERVICE-1-
Case No.: C 07-06264 MHP

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\POS.docPOS.doc

**(CLERK'S NOTICE SCHEDULING CASE MANAGEMENT CONFERENCE AND REASSIGNING CASE) AND CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

XX   **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

> Los Angeles County Fair Association
> Attention: Michael D. Seder
> Agent for Service of Process
> 1101 West McKinley Avenue
> Pomona, CA   91768

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of January, 2008, at San Francisco, California.

_____
Julie Jellen