1 | PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
2 | SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
3 | San Francisco, CA 94105
(415) 882-7900
4 | (415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
5 | kmcculloch@sjlawcorp.com

6 | Attorneys for Plaintiffs

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | (SAN FRANCISCO DIVISION)

| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A. MAXSON, Trustee, | CASE NO. C 07-06264 MHP<br><br>PROOF OF SERVICE SUMMONS CIVIL CASE |
|---|---|
| Plaintiffs, | |
| vs. | |
| LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation, | |
| Defendant. | |

21 | / / /

23 | / / /

25 | / / /

27 | / / /

- 1 -

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THERESA'S MESSENGER SERVICE<br>P.O. BOX 190543<br>SAN FRANCISCO, CA 94119<br>Telephone No: 415 760-2183 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>86736 | |
| Insert name of Court, and Judicial District and Branch Court: | | |
| United States District Court Northern District Of California | | |
| Plaintiff: SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY | | |
| Defendant: LOS ANGELES COUNTY FAIR ASSOCIATION | | |

| PROOF OF SERVICE<br>SUMMONS CIVIL/CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV07-6264 MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; SEE ATTACHED LIST FOR ADDITIONAL DOCUMENTS

3. a. Party served: LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation
   b. Person served: CINDY CASTANEDA, Authorized to Accept Service

4. Address where the party was served: 1101 W. MCKINLEY AVENUE
   POMONA, CA 91768

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jan. 09, 2008 (2) at: 1:30PM

7. Person Who Served Papers:
   a. KIRK P. JACKSON
   b. CORPORATE LEGAL SERVICES
   PO BOX 27975, Registration # 2296
   LOS ANGELES, CA 90027
   c. 213 202-6030, FAX 213 202-6045

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 5118
      (iii) County: Los Angeles
      (iv) Expiration Date: Thu, Oct. 16, 2008

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jan. 10, 2008

   (KIRK P. JACKSON)

   Judicial Council Form
   Rule 982.9.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   SUMMONS CIVIL/CASE

   31475.theme.31473

Attachment to PROOF OF SERVICE OF SUMMONS CIVIL CASE    CASE NO. C 07-06264 MHP

1. Summons
2. Complaint
3. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
4. Notice of Impending Reassignment to a United States District Court Judge
5. Reassignment Order (Chief Judge Marilyn Hall Patel)
6. Clerk's Notice (Scheduling Case Management Conference in Reassigned Case)
7. Standing Orders, Chief Judge Marilyn Hall Patel)
8. Form: Contents of Joint Case Management Statement;
9. Form: Instructions for Completion of ADR Forms Regarding Selection of an ADR Process;
10. Form: Stipulation and [Proposed] Order Selecting ADR Process; ADR Certification;
11. Form: Notice of Need for ADR Phone Conference; ADR Certification;
13. ECF Registration Information Handout and Frequently Asked Questions;
15. Welcome to the U.S. District Court, San Francisco, information letter;
16. Drop Box Filing Procedures
17. Dispute Resolution Procedures