1  JAMES J. McDONALD, Jr, Bar No. 150605
   EMAIL: jmcdonald@laborslawyers.com
2  CHRISTOPHER J. BOMAN, Bar No. 198796
   EMAIL: cboman@laborlawyers.com
3  CHRISTINE D. BARAN, Bar No. 158603
   EMAIL: cbaran@laborlawyers.com
4  FISHER & PHILLIPS LLP
   18400 Von Karman Avenue, Suite 400
5  Irvine, California 92612
   Telephone (949) 851-2424
6  Facsimile (949) 851-0152

7  Attorney for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | Case No 3:07-cv-06264-MHP<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER |
|---|---|

Pursuant to Local Rule 6-1, plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee ("Plaintiffs") and

defendant LOS ANGELES COUNTY FAIR ASSOCIATION ("Defendant") by their undersigned counsel, stipulate for an extension of time through and including February 19, 2008 for Defendant to answer or otherwise respond to Plaintiffs' Complaint as follows:

1. Plaintiffs filed their Complaint on December 11, 2007 and served it on Defendant LOS ANGELES COUNTY FAIR ASSOCIATION on January 8, 2008.

2. Defendant represent they seek this extension as counsel on their behalf has only recently been retained and additional time is needed to review the material generated in this case before filing the appropriate responsive pleading.

3. No prior extensions have been sought.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel, to extend the time for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION to respond to Plaintiffs' Complaint up to and including February 19, 2008.

DATED: January 25, 2008

FISHER & PHILLIPS LLP
JAMES J. McDONALD, Jr.
CHRISTINE D. BARAN
TODD B. SCHERWIN

By: _____
CHRISTINE D. BARAN
Attorneys for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION

DATED: January 25, 2008

SALTZMAN & JOHNSON LAW CORPORATION
PHILLIP M. MILLER
KRISTEN McCULLOCH

By: _____
KRISTEN McCULLOCH
Attorneys for Plaintiffs

2
STIPULATION FOR EXTENSION TO RESPOND; [PROPOSED] ORDER

Irvine 476106.1

IT IS SO ORDERED that Defendant LOS ANGELES COUNTY FAIR ASSOCIATION shall have up to and including February 19, 2008 to respond to Plaintiffs' complaint pursuant to Stipulation of the parties.

Dated: January 29, 2008.

HON. Marilyn Hall Patel
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 18400 Von Karman Avenue, Suite 400, Irvine, California 92612.

On **January 25, 2008**, I served the foregoing document entitled STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; [PROPOSED] ORDER on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Phillip M. Miller<br>Kristen McCulloch<br>Saltzman & Johnson Law Corp.<br>120 Howard Street, Suite 520<br>San Francisco, CA 94150<br>(415) 882-7900; fax (415) 882-9287<br>pmiller@sjlawcorp.com<br>kmcculloch@sjlawcorp.com | Attorneys for Plaintiffs |

☒ **[by EMAIL]** - I caused said document(s) to be transmitted by email to the above-stated email address indicated on this service list.

☐ **[by FAX]** I caused the aforementioned document(s) to be telefaxed to the aforementioned facsimile number(s). The facsimile machine I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **[by FEDERAL EXPRESS]** - I served a true and correct copy enclosed in a sealed envelope, for collection and mailing with Federal Express Overnight Mail that same day in the ordinary course of business, as addressed above.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s).

☐ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 25, 2008**, Irvine, California.

MARILYN ROCHE                By: _____
Print Name                                       Signature

---

PROOF OF SERVICE

Irvine 476106.1