1  JAMES J. McDONALD, Jr, Bar No. 150605
   EMAIL: jmcdonald@laborslawyers.com
2  CHRISTOPHER J. BOMAN, Bar No. 198798
   EMAIL: cboman@laborlawyers.com
3  CHRISTINE D. BARAN, Bar No. 158603
   EMAIL: cbaran@laborlawyers.com
4  FISHER & PHILLIPS LLP
   18400 Von Karman Avenue, Suite 400
5  Irvine, California 92612
   Telephone (949) 851-2424
6  Facsimile (949) 851-0152

7  Attorney for Defendants LOS ANGELES COUNTY FAIR ASSOCIATION

8
                     UNITED STATE DISTRICT COURT
9
       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11 SERVICE EMPLOYEES                    | *Case No  CV 07 6264 MHP*
   INTERNATIONAL UNION
12 NATIONAL INDUSTRY PENSION
   FUND, ANDREW STERN, Trustee,         | [PROPOSED] ORDER RE
13 MIKE GARCIA, Trustee, ROD            | STIPULATION TO EXTEND TIME
   BASHIR, Trustee, CHARLES             | FOR DEFENDANT TO RESPOND TO
14 RIDGELL, Trustee, SHARLEEN           | PLAINTIFFS' COMPLAINT;
   STEWART, Trustee, JAMES BERG,
15 Trustee, EDWARD J. MANKO,
   Trustee, JOHN J. SHERIDAN, Trustee,
16 LARRY SMITH, Trustee, FRANK A
   MAXSON, Trustee,
17
                    Plaintiffs,
18
              vs.
19
   LOS ANGELES COUNTY FAIR
20 ASSOCIATION, a California
   corporation,
21
                    Defendant.
22

23      IT IS SO ORDERED that Defendant  LOS ANGELES COUNTY FAIR

24 ASSOCIATION shall have up to and including February 25, 2008 to respond to

25 Plaintiffs' complaint pursuant to Stipulation of the parties.

26 Dated: February    , 2008

27                                    _____
                                      HON. Marilyn Hall Patel
28                                    U.S. District Court Judge

Irvine 498505.1