1  JAMES J. McDONALD, Jr, Bar No. 150605
   EMAIL: jmcdonald@laborslawyers.com
2  CHRISTOPHER J. BOMAN, Bar No. 198798
   EMAIL: cboman@laborlawyers.com
3  CHRISTINE D. BARAN, Bar No. 158603
   EMAIL: cbaran@laborlawyers.com
4  FISHER & PHILLIPS LLP
   18400 Von Karman Avenue, Suite 400
5  Irvine, California 92612
   Telephone (949) 851-2424
6  Facsimile (949) 851-0152

7  Attorney for Defendants LOS ANGELES COUNTY FAIR ASSOCIATION

8
                    UNITED STATE DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11  SERVICE EMPLOYEES                    Case No  CV 07 6264 MHP
    INTERNATIONAL UNION
12  NATIONAL INDUSTRY PENSION
    FUND, ANDREW STERN, Trustee,        [PROPOSED] ORDER RE
13  MIKE GARCIA, Trustee, ROD           STIPULATION TO EXTEND TIME
    BASHIR, Trustee, CHARLES            FOR DEFENDANT TO RESPOND TO
14  RIDGELL, Trustee, SHARLEEN          PLAINTIFFS' COMPLAINT;
    STEWART, Trustee, JAMES BERG,
15  Trustee, EDWARD J. MANKO,
    Trustee, JOHN J. SHERIDAN, Trustee,
16  LARRY SMITH, Trustee, FRANK A
    MAXSON, Trustee,
17
                   Plaintiffs,
18
          vs.
19
    LOS ANGELES COUNTY FAIR
20  ASSOCIATION, a California
    corporation,
21
                   Defendant.
22

23       IT IS SO ORDERED that Defendant  LOS ANGELES COUNTY FAIR

24  ASSOCIATION shall have up to and including February 25, 2008 to respond to

25  Plaintiffs' complaint pursuant to Stipulation of the parties.

26  Dated:  February 21, 2008

27
                                   HON. Marilyn
28                                 U.S. District

      IT IS SO ORDERED
      Judge Marilyn H. Patel