JAMES J. McDONALD, Jr, Bar No. 150605
EMAIL: jmcdonald@laborlawyers.com
CHRISTOPHER J. BOMAN, Bar No. 198798
EMAIL: cboman@laborlawyers.com
CHRISTINE D. BARAN, Bar No. 158603
EMAIL: cbaran@laborlawyers.com
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, California 92612
Telephone (949) 851-2424
Facsimile (949) 851-0152

Attorney for Defendants LOS ANGELES COUNTY FAIR ASSOCIATION

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | Case No CV 07 6264 MHP<br><br>[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT; |

IT IS SO ORDERED that Defendant LOS ANGELES COUNTY FAIR ASSOCIATION shall have up to and including February 25, 2008 to respond to Plaintiffs' complaint pursuant to Stipulation of the parties.

Dated: February 21, 2008

HON. Marilyn H. Patel
U.S. District

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER RE STIPULATION TO EXTENSION TO RESPOND

Irvine 498505.1