```
 1  JAMES J. McDONALD, Jr, Bar No. 150605
    EMAIL: jmcdonald@laborlawyers.com
 2  CHRISTINE D. BARAN, Bar No. 158603
    EMAIL: cbaran@laborlawyers.com
 3  CHRISTOPHER J. BOMAN, Bar No. 198796
    EMAIL: cboman@laborlawyers.com
 4  FISHER & PHILLIPS LLP
    18400 Von Karman Avenue, Suite 400
 5  Irvine, California 92612
    Telephone (949) 851-2424
 6  Facsimile (949) 851-0152

 7  Attorney for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION
```

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A MAXSON, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | Case No 3:07-cv-06264-MHP<br><br>NOTICE OF CHANGE IN LEAD COUNSEL FOR DEFENDANT LOS ANGELES COUNTY FAIR ASSOCIATION |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Christopher J. Boman, will no longer be associated with the above entitled matter effective immediately. In my place will be attorney Christine D. Baran, who is employed at the same law firm. Her email address is

---

NOTICE OF CHANGE IN COUNSEL

1  cbaran@laborlawyers.com.

2

3  DATED: February 29, 2008                FISHER & PHILLIPS LLP

4                                          By: _____
5                                          CHRISTOPHER J. BOMAN
                                           Attorneys for Defendant LOS
6                                          ANGELES COUNTY FAIR
                                           ASSOCIATION