1  PHILIP M. MILLER (SBN 87877)
   KRISTEN McCULLOCH (SBN 177558)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      (SAN FRANCISCO DIVISION)

11 | SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, ANDREW STERN, Trustee, MIKE GARCIA, Trustee, ROD BASHIR, Trustee, CHARLES RIDGELL, Trustee, SHARLEEN STEWART, Trustee, JAMES BERG, Trustee, EDWARD J. MANKO, Trustee, JOHN J. SHERIDAN, Trustee, LARRY SMITH, Trustee, FRANK A. MAXSON, Trustee, | CASE NO. C 07-06264 MHP

PROOF OF SERVICE
OF STIPULATION AND
[PROPOSED] ORDER
SELECTING ADR PROCESS

       Plaintiffs,

vs.

LOS ANGELES COUNTY FAIR
ASSOCIATION, a California corporation,

       Defendant.

       I, the undersigned, declare:

       I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

       On March 10, 2008, I served the following document on the parties to this action, addressed as follows, in the manner described below:

**STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS**

1  XX  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**CHRISTINE D. BARAN, ESQ.**
**FISHER & PHILLIPS LLP**
**18400 Von Karman Avenue, Suite 400**
**Irvine, California   92612**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 10th day of March, 2008, at San Francisco, California.

_____
Julie Jellen

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\POS of Stip re ADR.doc

PROOF OF SERVICE;
CASE NO. C 07-06264 MHP