1 | PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
2 | SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
3 | 120 Howard Street, Suite 520
San Francisco, CA 94105
4 | (415) 882-7900
(415) 882-9287 – Facsimile
5 | pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
6 | sbabu@sjlawcorp.com

7 | Attorneys for Plaintiffs

8 | JAMES J. McDONALD, Jr, Bar No. 150605
EMAIL: jmcdonald@laborslawyers.com
9 | CHRISTINE D. BARAN, Bar No. 158603
EMAIL: cbaran@laborlawyers.com
10 | FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
11 | Irvine, California 92612
Telephone (949) 851-2424
12 | Facsimile (949) 851-0152

13 | Attorney for Defendant LOS ANGELES COUNTY FAIR ASSOCIATION

14 |

15 | IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

16 |

| | |
|---|---|
| 17 SERVICE EMPLOYEES INTERNATIONAL UNION<br>18 NATIONAL INDUSTRY PENSION FUND, et al.,<br>19<br>Plaintiffs,<br>20<br>vs.<br>21<br>LOS ANGELES COUNTY FAIR<br>22 ASSOCIATION, a California corporation,<br>23<br>Defendant.<br>24 | Case No.:   C 07-06264 MHP<br><br>**[PROPOSED] ORDER re JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER** |

25 |

26 | ///

27 | ///

28 | ///

1

# CASE MANAGEMENT ORDER

2      The foregoing Joint Case Management Statement and Proposed Order is

3 hereby adopted by the Court as the Case Management Order for the case and the

4 parties are ordered to comply with this Order.  In addition the Court orders:

5      (1)    ADR session to be held by:                          6/09/08 __/__/__

6      (2)    Dispositive motion to be filed by:                   7/25/08 __/__/__

7      (3)    Opposition to any dispositive motion to be filed
             by:                                                    8/08/08 __/__/__
8

9      (4)    Reply to any opposition to any dispositive
             motion to be filed by:                                8/18/08 __/__/__

10     (5)    All dispositive motions to be heard on or
             before:                                               8/29/08 __/__/__
11

12     (6)    Any amendment of the pleadings to be filed by:      10/10/08 __/__/__

13     (7)    Disclosure of identities and reports of expert
             witnesses:                                           10/31/08 __/__/__

14     (8)    Completion of Fact Discovery:                       12/05/08 __/__/__

15     (9)    Completion of Expert Discovery:                     12/19/08 __/__/__

16     (10)   Pretrial Conference                                  1/16/09 __/__/__

17     (11)   Trial to begin on:                                   2/16/09 __/__/__

18 It is so ordered:

19
   Dated: _____
20                                      The Honorable MARILYN H. PATEL
                                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28