PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| CALIFORNIA SERVICE EMPLOYEES HEALTH & WELFARE TRUST FUND, MIKE GARCIA, Trustee, CHARLES GILCHRIST, Trustee, RAYMOND C. NANN, Trustee, LARRY T. SMITH, Trustee,<br><br>Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>Defendant. | Case No.:   C 07-06264 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that Union employees of Defendant Los Angeles County Fair Association, too numerous to list, who were employed during September 1, 2005 through October 31, 2003, and from September 2004 through December 2005, may have a financial interest in the subject matter in controversy.

Date:  March 28, 2008            SALTZMAN & JOHNSON LAW CORPORATION
                                 Philip M. Miller
                                 Shaamini A. Babu


                                 By:  _____/s/_____
                                       Shaamini A. Babu
                                       Attorneys for Plaintiffs

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 28, 2008, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
PURSUANT TO CIVIL LOCAL RULE 3-16**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

<u>XX</u>  **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

*Addressed to:*

**James M. McDonald, Jr.
Christine D. Baran
FISHER & PHILLIPS LLP
18400 Von Karman Avenue, Suite 400
Irvine, CA   92612**

**Fax: 949.851.0152**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of March, 2008 at San Francisco, California.

/s/
Vanessa de Fábrega

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\Certification LR 3-16 032808.doc.doc          Case No.:  C 07-06264 MHP