# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Service Employees International Union National Ind,<br><br>Plaintiff(s),<br><br>v.<br><br>Los Angeles County Fair Association,<br><br>Defendant(s). | 07-06264 MHP MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> Katherine Ritchey
> Jones Day
> 555 California St., 26th Fl.
> San Francisco, CA 94104
> 415-626-3939

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06264 MHP MED                                       - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: March 31, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel



ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06264 MHP MED                - 2 -