**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 31, 2008

Case No.   C 07-6264  MHP              Judge: MARILYN H. PATEL

Title: SERVICE EMPLOYEES INTERNATIONAL UNION et al
         -v-
       LOS ANGELES COUNTY FAIR

Attorneys:  Plf: Shaarmini Babir
            Dft: Sarah Richardson

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Mediation previously stipulated; Matter continued to 7/7/2008 at 3:00 pm, with a joint status report to be filed one week prior to the conference.