Philip M. Miller (SBN 87877)
Kristen McCulloch (SBN 177558)
Shaamini A. Babu (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br> vs. <br><br> LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation, <br><br> Defendant. | **CASE NO.  C 07-06264 MHP** <br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** that effective May 5, 2008, the law firm of Saltzman & Johnson Law Corporation will relocate its office.  **Effective May 5, 2008, c**opies of all pleadings, notices and other papers should be sent to:

**Saltzman & Johnson Law Corporation**
**44 Montgomery Street, Suite 2110**
**San Francisco, California   94104**
**Telephone:  415-882-7900**
**Facsimile:  415-882-9287**

Please note that the telephone and facsimile numbers have not changed.

Dated:  April 23, 2008                                 SALTZMAN & JOHNSON LAW CORPORATION


                                                                    _____/S/_____
                                                                    Philip M. Miller
                                                                    Kristen McCulloch
                                                                    Shaamini Babu
                                                                    Attorneys for Plaintiffs

- 1 -   **NOTICE OF CHANGE OF ADDRESS--**
**Case No.: C 07-06264 MHP**

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\ADDRESS CHANGE NOTICE.DOCPOS.doc

**PROOF OF SERVICE**

I the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 23, 2008, I served the following documents on the parties to this action, addressed as follows, in the manner described below:

**NOTICE OF CHANGE OF ADDRESS**

<u>XX</u>  **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

*Addressed to:*

**James M. McDonald, Jr.**
**Christine D. Baran**
**FISHER & PHILLIPS LLP**
**18400 Von Karman Avenue, Suite 400**
**Irvine, CA   92612**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of April, 2008 at San Francisco, California.

/S/
Julie Jellen

- 2 -

**NOTICE OF CHANGE OF ADDRESS--**
**Case No.: C 07-06264 MHP**

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\ADDRESS CHANGE NOTICE.DOCPOS.doc