PHILIP M. MILLER (SBN 87877)
KRISTEN McCULLOCH (SBN 177558)
SHAAMINI A. BABU (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
kmcculloch@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>LOS ANGELES COUNTY FAIR ASSOCIATION, a California corporation,<br><br>　　　Defendant. | Case No.:  C07-06264 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL PER STIPULATION**<br><br>**[F.R.C.P. §41(a)(1)(A)(ii)]** |

The above-named plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., and defendant LOS ANGELES COUNTY FAIR ASSOCIATION, hereby stipulate to the following under Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

　　　1.　　The entire action as to all parties and all causes of action is hereby dismissed with prejudice.

　　　2.　　Each party to this action shall bear their own attorneys' fees and costs.

///

///

///

3.     Plaintiffs have not previously filed or dismissed any similar action against defendant.

Dated: April 30, 2008					SALTZMAN & JOHNSON
							LAW CORPORATION



							By:_____/s/_____
							    Philip M. Miller
							    Attorneys for Plaintiffs


Dated: April 30, 2008					FISHER & PHILLIPS



							By:_____/s/_____
							    Attorneys for Defendant

5/6/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

P:\CLIENTS\SEIUN\CASES\L A COUNTY FAIR\PLEADINGS\Notice of Voluntary Dismissal 042808.DOC